IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  COURT NO. 1:14MC41-LMB-IDD

PROJECT ON GOVERNMENT OVERSIGHT,

And

ROBERT ALAN BERMAN,

        Defendants.

## SATISFACTION OF JUDGMENT

The judgment in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Eastern District of Virginia is hereby authorized and empowered to satisfy and cancel said judgment of record.

Date: December 22, 2021

                                    JESSICA D. ABER
                                    UNITED STATES ATTORNEY

                                    BY: ___/s/_____
                                    ROBERT K. COULTER
                                    Assistant United States Attorney
                                    Virginia State Bar No. 42512
                                    2100 Jamieson Ave.
                                    Alexandria, Virginia 22314
                                    Tel: (703) 299-3745
                                    Fax: (703) 299-2584
                                    E-Mail: robert.coulter@usdoj.gov
                                    *Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date I am electronically filing the foregoing with the Clerk of Court using the CM/ECF system, and further certify that I will cause copies of the foregoing Motion for Judgment Lien Renewal and the Notice of Electronic Filing ("NEF") to be mailed by U.S. mail, postage paid, to the following counsel who currently represent the defendant, Robert A. Berman, but have not filed a Notice of Appearance in the above-styled matter:

Kermit A. Rosenberg
Washington Global Law Group, PLLC
1701 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
T: 202.683.2014
T: 703.624.4951 (mobile)
F: 202.580.6559
krosenberg@washglobal-law.com

Susan Pesner
Pesner Altmiller Melnick & Demers, PLC.
8000 Westpark Drive, Suite 600
Tysons, VA 22102
T: (703) 506-9440 ext. 222
F: (703) 506-0929
spesner@pesner.com

Dated: January 20, 2022

BY: _____/s/_____
ROBERT K. COULTER
Assistant United States Attorney
Virginia State Bar No. 42512
The Justin W. Williams U.S. Attorney's Office Building
Counsel for the United States
2100 Jamieson Ave.
Alexandria, Virginia 22314
Tel: (703) 299-3745
Fax: (703) 299-2584
E-Mail: robert.coulter@usdoj.gov
*Counsel for the United States of America*